| | |
|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321) |
| | United States Attorney |
| 2 | |
| | **FILED** |
| 3 | MARK L. KROTOSKI (CSBN 138549) |
| | Chief, Criminal Division |
| | JUL 2 7 2006 |
| 4 | THOMAS P. MAZZUCCO (CSBN 139758) |
| | Assistant United States Attorney |
| | RICHARD W. WIEKING |
| 5 | |
| | CLERK, U.S. DISTRICT COURT |
| | 450 Golden Gate Avenue, Box 36055 |
| | NORTHERN DISTRICT OF CALIFORNIA |
| 6 | San Francisco, California 94102-3495 |
| | Telephone: (415) 436-7289 |
| 7 | Fax: (415) 436-7234 |



8  Attorneys for the United States

9                  UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA  06 70479

11                      SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 12 | IN RE SEARCH WARRANT FOR: ) | |
| | 1220 Kenilworth Road, Hillsborough, CA; ) | No. 06 70479    **EMC** |
| 13 | 823 East 24th Street, Apt. 1, Oakland, CA; ) | |
| | 1927 Bridgepointe Circle, Apt. H344, San ) | |
| 14 | Mateo, CA; 3018 Humboldt Avenue, ) | SEALING ORDER |
| | Oakland, CA; 166 Los Robles Drive, ) | |
| 15 | Burlingame, CA; 335 Glasgow Circle, ) | |
| | Danville, CA, and ) | **(FILED UNDER SEAL)** |
| 16 | COMPLAINT AND ARREST ) | |
| | WARRANTS RE: ) | |
| 17 | **JOHNSON MAI,** ) | |
| | a/k/a Zhi Xiong Mai, a/k/a Uncle Hong, ) | |
| 18 | a/k/a Chi Hong Mak, a/k/a Hong Suk ) | |
| | 1220 Kenilworth Drive, Hillsborough, ) | |
| 19 | California; ) | |
| | **LISA LEE,** ) | |
| 20 | a/k/a Xiao Ling Li ) | |
| | 1220 Kenilworth Drive, Hillsborough, ) | |
| 21 | California; ) | |
| | **KAI LUN ZHENG,** ) | |
| 22 | a/k/a Wai Keung Cheung, a/k/a Su Ming, ) | |
| | a/k/a Alan Zheng; ) | |
| 23 | **ZHI EN HUANG,** ) | |
| | a/k/a Gao Lo ) | |
| 24 | 1927 Bridgepointe Circle, Apartment H344 ) | |
| | San Mateo, California; ) | |
| 25 | **DAVID YUEN,** ) | |
| | a/k/a Lo Wu, a/k/a Wu So Gor ) | |
| 26 | 3018 Humboldt Avenue ) | |
| | Oakland, California; and ) | |
| 27 | **ERIC YU HENG CAI,** ) | |
| | 166 Los Robles Drive ) | |
| 28 | Burlingame, California ) | |
| | _____) | |
| | SEALING ORDER | |

1  FOR GOOD CAUSE SHOWN, it is hereby ordered that the Application and Affidavit for
2  Search Warrant, Search Warrant, Complaint, Arrest Warrants and this Order shall be filed under
3  seal until further order of this Court. Endorsed filed copies shall be provided to the United States
4  Attorney's Office.

5  IT IS SO ORDERED.

7  Dated: 26 July 06

_____
HONORABLE BERNARD ZIMMERMAN
United States Magistrate Judge

SEALING ORDER