```
 1  TONY TAMBURELLO, SBN: 46037
    LAW OFFICE OF TONY TAMBURELLO
 2  214 Duboce Avenue
    San Francisco, California 94103
 3  Telephone:(415) 431-4500
    Facsimile:(415) 255-8631
 4  E-mail:   ttduboce@mindspring.com

 5  Attorney for Defendant
    LISA LEE
 6
```



IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) No. 3-06-70479 JL |
|---|---|
| Plaintiff, | ) ORDER |
| v. | ) |
| LISA LEE, et al., | ) |
| Defendant. | ) |

GOOD CAUSE HAVING BEEN SHOWN,

**IT IS HEREBY ORDERED** that the United States Marshal promptly make arrangements for a joint meeting between husband and wife defendant's in this case, Johnson Mai and Lisa Lee.

Johnson Mai is in custody and Lisa Lee is out of custody and the Marshal shall establish any security precautions it deems necessary for such a meeting to allow private discussions to take place between the two defendants and their counsel.

C:\Wp60\Wp60\FD\D&OVisit.LisaLee.wpd

1  **IT IS SO ORDERED.**
2  Dated: 7-06-06            /s/ James Larson
3                            HONORABLE MAGISTRATE JAMES LARSON
                             UNITED STATES DISTRICT COURT
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28