☐ DOCUMENTS UNDER SEAL

| MAGISTRATE JUDGE MINUTE ORDER | DEPUTY CLERK Wings Hom | REPORTER/TAPE NO. FTR 9:56-9:59 |
|---|---|---|

| MAGISTRATE JUDGE James Larson | DATE September 27, 2006 | ☐ NEW CASE | CASE NUMBER 3-06-70479 JL |
|---|---|---|---|

APPEARANCES

| DEFENDANT Johnson Mai | AGE | CUST Y | P/NP P | ATTORNEY FOR DEFENDANT Robert Waggener -app.spec. | ☐ PD. ☐ APPT. ☐ RET. |
|---|---|---|---|---|---|

| U.S. ATTORNEY Elise Becker for T. Mazzucco | INTERPRETER Tom Lam - Cantonese | FIN. AFFIDAVIT SUBMITTED ☐ DEFENDANT ELIGIBLE FOR APPOINTED COUNSEL ☐ COUNSEL APPOINTED ☐ PARTIAL PAYMENT OF CJA FEES ORDERED ☐ |
|---|---|---|

| PROBATION OFFICER | PRETRIAL SERVICES OFFICER Jill Brenny | |
|---|---|---|

## PROCEEDINGS SCHEDULED TO OCCUR

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ INITIAL APPEARANCE | ☒ PRELIMINARY HEARING | | ☐ MOTION | | ☐ JUDGMENT & SENTENCING | | ☐ STATUS |
| ☐ I.D. COUNSEL | ☒ or Not Held ARRAIGNMENT | | ☐ BOND POSTING/ SIGNING | | ☐ IA ON PETITION TO REVOKE PROB. | | ☐ TRIAL |
| ☐ DETENTION HEARING | ☐ REMOVAL HEARING | | ☐ CHANGE OF PLEA | | ☐ PROB. REVOC. OR SUPV. REL. HRG. | | ☐ OTHER |

### INITIAL APPEARANCE

| | | | | | |
|---|---|---|---|---|---|
| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ | TRUE NAME: | |

### ARRAIGNMENT

| | | | |
|---|---|---|---|
| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE STATED | ☐ WAIVER OF INDICTMENT FILED |

### RELEASE

| | | | | |
|---|---|---|---|---|
| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND ➡ | AMOUNT OF SECURITY | AMOUNT RECEIVED $ | ☐ PASSPORT SURRENDERED DATE: |

| PROPERTY POSTED/TO BE POSTED | | REAL PROPERTY: | |
|---|---|---|---|
| ☐ CASH | ☐ CORPORATE SECURITY | ☐ | |

| | | | | | |
|---|---|---|---|---|---|
| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT ORDERED | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |

| ORDER REMOVED TO THE DISTRICT OF | OTHER: |
|---|---|

### PLEA

| | | | |
|---|---|---|---|
| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | ☐ GUILTY TO COUNTS: |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | ☐ OTHER: |

### CONTINUANCE

| | | | | |
|---|---|---|---|---|
| TO: 11- 1-06 | ☐ I.D. COUNSEL | ☐ BOND POSTING/ SIGNING | ☐ STATUS RE: CONSENT | ☐ JURY TRIAL |
| AT: 9:30 a.m. | ☐ FINAN. AFFIDAVIT SUBMITTED | ☒ PRELIMINARY HEARING OR ARRAIGNMENT | ☐ PLEA | ☐ BOND HEARING |
| BEFORE HON. EMC | ☐ DETENTION HEARING | | ☐ TO HEAR MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☒ TIME WAIVED | Counsel to submit order | ☐ IDENTITY/REMO VAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROBATION REV. HEARING |
| ☒ TIME EXCLUDABLE UNDER 18 § USC 3161 | | ☐ TRIAL SETTING | ☐ COURT TRIAL | ☐ STATUS |

### ADDITIONAL PROCEEDINGS

| | |
|---|---|
| | |

| COPIES SENT TO: Venice, Betty | DOCUMENT NUMBER: |
|---|---|