1  Garrick S. Lew SBN 61889
   Law Offices of Garrick S. Lew & Associates
2  600 Townsend Street, Suite 329E
   San Francisco, CA 94103-4957
3  Telephone:    (415) 575-3588
   Facsimile:    (415) 522-1506
4  email:        gsl@defendergroup.com

5  Attorneys for Defendant Johnson Mai

8              UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br>    Plaintiff<br>v.<br>JOHNSON MAI,<br>    a/k/a Zhi Xiong Mai<br>    a/k/a Uncle Hong,<br>    a/k/a Chi Hong Mak,<br>    a/k/a Hong Suk;<br>LISA LEE,<br>    a/k/a Xiao Ling Li;<br>KAI LUN ZHENG,<br>    a/k/a Wai Keung Cheung,<br>    a/k/a Su Ming,<br>    a/k/a Alan Zheng;<br>ZHI EN HUANG,<br>    a/k/a Gao Lo;<br>DAVID YUEN,<br>    a/k/a Lo Wu,<br>    a/k/a Wu So Gor; and<br>ERIC YU HENG CAI<br><br>    Defendants. | No: 3-06-70479 MAG<br><br>[PROPOSED] ORDER AND STIPULATION FOR CONTINUANCE FROM SEPTEMBER 14, 2007 TO NOVEMBER 2, 2007 AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A) AND WAIVING TIME LIMITS UNDER RULE 5.1 |

With the agreement of the parties, and with the consent of the defendants, the Court enters this order scheduling a status conference on November 2, 2007 at 9:30 a.m. before duty magistrate judge

1  James Larson, and documenting the defendants' waiver of the preliminary hearing date under Federal
2  Rule of Criminal Procedure 5.1 and the exclusion of time under the Speedy Trial Act, 18 U.S.C. §
3  3161(b), from September 14, 2007 2007 to and through November 2, 2007.  The parties agree, and the
4  Court finds and holds, as follows:

5    1.    The government and defense counsel are actively involved in the process of global
6        settlement discussions to resolve all pending charges involving all defendants before the
7        court and additional time is necessary to seek approval of proposed plea agreements with
8        the government.

9    2.    All defendants agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. §
10        3161(b).

11    3.    The defendants waive the time limits of Federal Rule of Criminal Procedure 5.1 for
12        preliminary hearing.

13    4.    Accordingly, and with the consent of all parties, the Court (1) alternatively sets a
14        preliminary hearing before the duty magistrate judge on November 2, 2007 at 9:30 a.m.
15        and (2) orders that the period from September 14, 2007 to November 2, 2007 be
16        excluded from the time period for preliminary hearings under Federal Rule of Criminal
17        Procedure 5.1 and from Speedy Trial Act calculations under 18 U.S.C. § 3161(b).

18  IT IS SO STIPULATED:

19

20  DATED:  September 13, 2007          /s/     Garrick Lew
                                        GARRICK LEW
21                                      Attorney for Defendant Johnson Mai

22  DATED:  September 13, 2007          /s/     Alice Wong
                                        ALICE WONG
23                                      Attorney for Defendant Lisa Lee

24  DATED:  September 13, 2007          /s/     Gil Eisenberg
                                        GIL EISENBERG
25                                      Attorney for Defendant Kai Lun Zheng

26  DATED:  September 13, 2007          /s/     Brian Getz
                                        BRIAN GETZ
27                                      Attorney for Zhi En Huang

28

Case 3:08-cr-00266-VRW     Document 118     Filed 09/13/2007     Page 3 of 3

```
 1  DATED:  September 13, 2007         /s/      Stuart Hanlon
                                      STUART HANLON
 2                                    Attorney for David Yuen

 3  DATED:  September 13, 2007         /s/      Randy Montesano
                                      RANDY MONTESANO
 4                                    Attorney for Eric Cai

 5  DATED:  September 13, 2007         /s/      Thomas Mazzucco
                                      THOMAS MAZZUCCO
 6                                    Assistant United States Attorney

 7

 8  IT IS SO ORDERED.
 9  DATED:                            _____
10                                    HONORABLE ELIZABETH D. LAPORT
                                      United States Magistrate Judge
```

28  Stipulation and Proposed Order for Continuance
    [3-06-70479] [MAG]