AO 257 (Rev. 6/78)

E-filing

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

FILED

**OFFENSE CHARGED**

21 U.S.C. §§ 846, 841(b)(1)(C) - Conspiracy to Possess With Intent to Distribute and to Distribute, 3,4 Methylenedioxymethamphetamine (MDMA) and 18 U.S.C.§ 1957 - Engaging In A Monetary Transaction In Property Derived From Specified Unlawful Activity

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Count 1 - 20 years imprisonment, $1,000,000.00 fine, supervised release for a minimum 3-year term to a maximum term of life, $100.00 special assessment.  Count 2 - 10 years imprisonment, $500,000.00 fine, supervised release for a 3-year term, $100.00 special assessment.

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

APR 24 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

▶ Johnson MAI

JSW

DISTRICT COURT NUMBER

CR 08   0266

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction   } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year 08/10/2006

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year ___

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
DEA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
3-06-70479 MAG

Name and Office of Person Furnishing Information on this form   JOSEPH P. RUSSONIELLO
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   THOMAS P. MAZZUCCO

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT   Bail Amount: ___

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: ___   Before Judge: ___

Comments:

| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CABN 44332)<br>United States Attorney |

**FILED**
APR 2 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

JSW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | | |
|---|---|---|---|
| 12 | UNITED STATES OF AMERICA, | ) | No. |
| 13 | Plaintiff, | ) ) | VIOLATION: 21 U.S.C. §§ 846, |
| 14 | v. | ) ) | 841(b)(1)(C) – Conspiracy to Possess With Intent to Distribute, and to Distribute, 3,4 |
| 15 | JOHNSON MAI, | ) ) | Methylenedioxymethamphetamine (MDMA) and 18 U.S.C. § 1957 - Engaging |
| 16 | Defendant. | ) ) | In A Monetary Transaction In Property Derived From Specified Unlawful Activity |
| 17 | | ) ) ) | SAN FRANCISCO VENUE |

INFORMATION

The United States Attorney charges:

COUNT ONE:   (21 U.S.C. §§ 846, 841(b)(1)(C) – Conspiracy to Possess With Intent to Distribute, and to Distribute MDMA)

Beginning in January of 2002, and continuing through on or about August 10, 2006, in the Northern District of California, the defendant,

JOHNSON MAI,

did knowingly and intentionally conspire with others known and unknown to possess with intent to distribute, and to distribute a Schedule I controlled substance, namely, 3,4 Methylenedioxymethamphetamine (MDMA), in violation of Title 21, United States Code,

Sections 846, 841(b)(1)(C).

COUNT TWO:     (18 U.S.C. § 1957 - Engaging In A Monetary Transaction In Property Derived From Specified Unlawful Activity)

In or about August of 2003, in the Northern District of California, the defendant,

JOHNSON MAI,

did knowingly engage and attempt to engage in a monetary transaction by, through or to a financial institution, in and affecting interstate and foreign commerce, in criminally derived property of a value greater than $10,000, that is the withdrawal of funds in the amount of $250,000 from a HSBC bank account located in Hong Kong and depositing said funds into a United Commercial Bank account in San Francisco, California, such property having been derived from a specified unlawful activity, that is, conspiracy to possess with intent to distribute and to distribute Methylenedioxymethamphetamine (MDMA), in violation of Title 18, United States Code, Section 1957.

FORFEITURE ALLEGATION: (21 U.S.C. §§ 853(a) - Drug Forfeiture)

1.      The allegation contained in Count One of this Information is hereby realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853(a)(1) and (a)(2).

2.      Upon conviction of the offense alleged in Count One, the defendant,

JOHNSON MAI,

shall forfeit to the United States all right, title and interest in property constituting and derived from any proceeds that the defendant obtained, directly or indirectly, as a result of said violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violation, including, but not limited to, the following property:

        a.     Real property and improvements located at 1220 Kenilworth Road, Hillsborough, California;

INFORMATION                                            2

|     |     |     |
| --- | --- | --- |
| 1 | b. | 2005 Porsche Cayenne, VIN WP1AC29P15LA91971; |
| 2 | c. | $884,200.40 in funds seized from United Commercial Bank Accounts; and |
| 3 | d. | $46,000 in cash and foreign currency seized from the defendant's |
| 4 |   | residence; |
| 5 | 3. | If, as a result of any act or omission of the defendant, any of said property |
| 6 | a. | cannot be located upon the exercise of due diligence; |
| 7 | b. | has been transferred or sold to or deposited with, a third person; |
| 8 | c. | has been placed beyond the jurisdiction of the Court; |
| 9 | d. | has been substantially diminished in value; or |
| 10 | e. | has been commingled with other property which cannot be divided without |
| 11 |   | difficulty; |

any and all interest defendant has in any other property up to the value of the property described in Paragraph 2 above, shall be forfeited to the United States pursuant to Title 21, United States Code, Section 853(p).

DATED: 4-24-08

JOSEPH P. RUSSONIELLO
United States Attorney

_/s/ Brian J. Stretch_
BRIAN J. STRETCH
Chief, Criminal Division

(Approved as to form: _/s/_
AUSA T. MAZZUCCO

INFORMATION                                3