O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

FILED
2008 APR 30 PM 2:02
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA

Northern DISTRICT OF California

UNITED STATES OF AMERICA
V.

JOHNSON MAI

WAIVER OF INDICTMENT

CASE NUMBER: CR 08-0266 JSW

I, Johnson Mai, the above named defendant, who is accused of

21 U.S.C. §§ 846, 841(b)(1)(C) - Conspiracy to Possess With Intent to Distribute and to Distribute, 3,4 Methylenedioxymethamphetamine (MDMA) and 18 U.S.C.§ 1957 - Engaging In A Monetary Transaction In Property Derived From Specified Unlawful Activity

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _4-30-08_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Johnson Mai_
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
Judicial Officer