UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

VAUGHN R WALKER
United States District Chief Judge

Date:   August 14, 2008

Case No.   CR 08-0266   VRW

Case Title:   USA v.   JOHNSON MAI   (CUSTODY) PRESENT

Attorneys:
    For the Government:   Thomas Mazzucco

    For the Defendant(s):   Garrick Lew

Deputy Clerk:   Cora Klein      Reporter:   Belle Ball
                                                                   Cantonese Interprtr: Kenny Fung

**PROCEEDINGS**

1)   Defendant did not enter change of plea.

2)   The court set a trial date. If change of plea not entered, the case will go to trial.

**SCHEDULE:**

Case specially set for change of plea as to Johnson Mai on September 11, 2008 at 10:00 A.M.

Case Continued to:   11/13/2008 at 2:00 PM    For Pretrial Conference

TRIAL :   12/8/2008 at 8:30 A.M.