1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  AARON D. WEGNER (ORBN 035354)
   Assistant United States Attorney
5

6    450 Golden Gate Ave., Box 36055
     San Francisco, California 94102
7    Telephone: (415) 436-7200
     Fax: (415) 436-7234
8    E-Mail: aaron.wegner@usdoj.gov

9  Attorneys for Plaintiff

10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12
                        SAN FRANCISCO DIVISION
13

14
   UNITED STATES OF AMERICA,         )   No. CR08-0266 VRW
15                                   )
            Plaintiff,                )   STIPULATION AND [PROPOSED]
16                                   )   ORDER FOR CONTINUANCE OF
       v.                             )   SENTENCING HEARING
17                                   )
   JOHNSON MAI,                      )   Date: April 23, 2009
18                                   )   Time: 2:00 P.M.
            Defendant.                )
19  _____  )

20
21      Plaintiff, the United States of America, by its attorneys, JOSEPH P. RUSSONIELLO,

22  United States Attorney for the Northern District of California and AARON D. WEGNER,

23  Assistant United States Attorney, respectfully moves the Court for a two-week continuance of the

24  sentencing hearing presently scheduled for April 9, 2009 at 2:00 p.m., in the above-captioned

25  case, for the reason that the government's counsel will be out of jurisdiction at that time.

26  ///
27  ///
28  ///

STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF SENTENCING HEARING
CR-08-0266-VRW                          1

1     The present request for a continuance is made in good faith and not for the purpose of delay.

2 Additionally, defense counsel and the probation officer have no objection to continuing the

3 sentencing hearing to April 23, 2009, at 2:00 p.m.

5 SO STIPULATED:

7 Dated: March 2, 2009            /s/
                                          GARRICK S. LEW
8                                           Assistant United States Attorney

10 Dated: March 2, 2009           /s/
                                          AARON D. WEGNER
11                                           Assistant United States Attorney

13                                     ORDER

14     Based on the stipulation of the parties and the facts set forth herein, good cause appearing,

15     IT IS HEREBY ORDERED that defendant's sentencing hearing scheduled for April 9, 2009

16 is vacated and sentencing is continued to 2:00 p.m. on April 23, 2009.

18 Dated: March 4, 2009

19                                    VAUGHN R. WALKER
                                   Chief United States District Court Judge

STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF SENTENCING HEARING
CR-08-0266-VRW                         2