GARRICK S. LEW (State Bar No. 61889)
Design Center East
600 Townsend Street, Suite 329E
San Francisco, CA 94103-4957
Telephone: (415) 575-3588
Facsimile: (415) 522-1506
gsl@defendergroup.com

Attorneys for Defendant
Johnson Mai

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JOHNSON MAI, <br><br> Defendant. | CR 08-0266-01 VRW <br><br> **STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF SENTENCING HEARING** |

The United States, through its counsel AUSA Aaron Wegner, and defendant Johnson Mai, through his counsel Garrick Lew, hereby agree and stipulate to a continuance of the sentencing hearing presently scheduled for Friday April 24, 2009 to Thursday May 28, 2009 at 2 p.m. Defense counsel is has requested additional time to prepare mitigation evidence to present at time of sentencing.

SO STIPULATED.

Dated: April 17, 2009            GARRICK S. LEW Attorney for Johnson Mai

Stipulation & Order for Continuance
of Sentencing Hearing 08-0266-01 VRW            1

Dated: April 17, 2009 _____/s/_____
Aaron Wegner
Assistant United States Attorney

ORDER

Based on the stipulation of the parties and the facts set forth herein, good cause appearing,

IT IS HEREBY ORDERED that defendant's sentencing hearing scheduled for April 24, 2009 is vacated and sentencing is continued to 2:00 p.m. on May 28, 2009.

DATED: April 17, 2009

_____
Vaughn R. Walker
United States District Judge

IT IS SO ORDERED
Judge Vaughn R Walker

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Stipulation & Order for Continuance
of Sentencing Hearing CR-05-00208-10 CRB        2